

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2024

No. 04-24-00037-CR

**IN RE** Karl **KEENE**, Relator

Original Proceeding[1]

**ORDER**

On January 19, 2024, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought.[2] Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 7, 2024.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2024.

_____
Tommy Stolhandske, Clerk of Court

---

[1] This proceeding arises out of Case No. 115928, styled *State of Texas vs. Karl Keene*, pending in the 437th Judicial District Court of Bexar County, Texas, the Honorable Joel Perez presiding.

[2] The petition also contains allegations and requests for relief that could be deemed an application for a writ of habeas corpus. This court has no jurisdiction to consider the application or to grant the requested relief. *See* TEX. CODE CRIM. PROC. arts. 11.07, 11.08.